UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARREN DEON JOHNSON,

       Plaintiff,

v.

UNKNOWN SPITZLEY et al.,

       Defendants.

_____/

Case No. 1:23-cv-245

Honorable Ray Kent

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: May 4, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge